# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DAVID HUMKE,
DISTRICT COURT JUDGE, SECOND
JUDICIAL DISTRICT COURT,
WASHOE COUNTY, STATE OF
NEVADA.

No. 76047

FILED

AUG 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on June 11, 2018, with the filing of a certified copy of the Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:   Arrascada & Aramini, Ltd.
      Law Offices of Kathleen M. Paustian, Chtd.
      Nevada Commission on Judicial Discipline